**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MONIQUE PERNA, and LISA
CROUCH individually, and on
behalf of all others similarly situated

     Plaintiffs,                              CASE NO.: 3:20-cv-00391-MMH-MCR

v.

AMERICAN CAMPUS COMMUNITIES,
INC.,

     Defendant.

_____ /

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

       Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, Monique

Perna and Lisa Crouch, by and through their undersigned counsel, hereby gives notice that the

above-captioned action is voluntarily dismissed, without prejudice.

                                    Respectfully submitted,

                                    */s/ Amanda J. Allen, Esq.*
                                    **Amanda J. Allen, Esquire**
                                    Florida Bar No. 0098228
                                    William "Billy" Peerce Howard, Esq.
                                    Florida Bar No. 0103330
                                    THE CONSUMER PROTECTION FIRM, PLLC
                                    4030 Henderson Boulevard
                                    Tampa, FL 33629
                                    Tele: (813) 500-1500
                                    Fax:  (813) 435-2369
                                    Amanda@TheConsumerProtectionFirm.com
                                    Shenia@TheConsumerProtectionFirim.com.
                                    Billy@TheConsumerProtectionFirm.com

                                    *Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via

the Court's CM/ECF system on July 10, 2020, which will serve an electronic copy upon all

parties of record.

/s/ *Amanda J. Allen, Esq.*
**Amanda J. Allen, Esquire**
Florida Bar No. 0098228

2