**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MONIQUE PERNA and LISA CROUCH,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.     Case No.   3:20-cv-391-J-34MCR

AMERICAN CAMPUS COMMUNITIES,
INC.,

    Defendant.

_____

# ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 15; Notice) filed on July 10, 2020.  In the Notice, Plaintiff requests dismissal of this matter without prejudice.  See Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of July, 2020.

*MARCIA MORALES HOWARD*
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -